UNITED STATES DISTRICT COURTS
For the
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
2023 AUG 25 AM 8:10
CLERK, US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____CR_____

JAMES GREEN             )
(PLAINTIFF(s))          )   Case No 1:23 CV 01006 DII
                        )
                        )   Jury Trial: No
 -V-                    )
Tracy Young\C.E.O,      )
Julie Torkelson\ C.F.O. )
And                     )
TITLEMAX of Texas, INC  )
(DEFENDANT(s))          )

COMPLAINT FOR A CIVIL CASE

I.  The Parties to This complaint

   A.  The Plaintiff(s)

      Green;James-A\Authorized Represenative

      9345 E. US HIGHWAY 290 APT.13207

      Austin, Texas 78724   Travis county
      (317) 954-2477

   B.  The Defendant(s)

      Defendant No.1
             Mr. Tracy Young \ C.E.O

         15 Bull Street suite 200

         Savanah, Georgia 31401   Chatham County

Julie Torkelson \ C.F.O

*15 Bull Street suite 200*

*Savanah, Georgia 31401    Chatham County*

**Defendant No.3**

*TITLEMAX of Texas, INC*

*8929 N. Lamar BLVD*

*Austin, Texas 78753    Travis county*
*( 512 ) 605 -6091*

II.     **Basis for Jurisdiction**

    A.    *Diversity of citizenship:*

        1. Plaintiff(s)

            A. *Green;James-A\ Authorized Represenative is a. citizen of the state of Texas.*

        2. Defendant(s)

            A. Tracy Young \ *C.E.O is a citizen of the state of Georgia.*

            B. Julie Torkelson \ *C.F.O is a citizen of the state of Georgia.*

            C. Titlemax of Texas, *INC*
              *is incorporated under the Laws of the state of Texas and its principal place of business in the state of Georgia.*

            B. Julie Torkelson \ *C.F.O is a citizen of the state of*

3. Amount in controversy: $ 100,000.

## III.  STATEMENT OF CLAIM

**Claim 1.** On 09/08/2022 I Green; James-A\Authorized Represenative of the principal ( PLAINTIFF) went into titlemax on 8929 N. Lamar BLVD in Austin, Texas to get a title loan which made my title of my car collateral for the loan. The represenative at Titlemax compelled me for my social security number and submitted a loan on behalf of the principal ( PLAINTIFF ) without my knowledge. Federal reserve notes was received on behalf of the principal ( PLAINTIFF ) and was not authorized by me and I was given a Truth In Lending Disclosure with hidden fees that wasn't explained to me which is a violation of the Truth in Lending Act. On 09/14/2022 and 09/15/2022 I sent certified letters and a copy of the contract to Mr.Young and Mrs.Torkelson that I downloaded from a app called Universe Silver that was told that had my payments on it and they gave me a Universe Silver debit card that had $1,700 dollars on it. Someone closed the app down and took away the payment plan. I had a payment plan and they took it away gave me one payment and three weeks to pay off the loan. Mr. Young nor Mrs. Torkelson nerver responded to my letters when I told them I didn't want this loan. On 11/7/2022 I received a letter from Titlemax legal team stating I Financed a title loan and used my car as collateral and this was not a credit loan on behalf of the principal, the act their representative committed was legal and they see no wrong doings. The act that was committed was deceptive and fraud and it cost me my job and my car.

## IV.  RELIEF

Due to willing and knowingly that they are violating Federal Laws, statues, making me lose my job, stress and causing hardship on my life and repossession and selling my car I ask YOUR HONOR to order TITLEMAX to pay $100,000 dollars or face civil penalty for 15 USC 1611 (1) willfully and knowingly violating the Truth in Lending Act Regulation Z

## V.  Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

A.

*I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.*

Date of signing: 08-25-2023

Signature of Plaintiff *Green; James-A*

Printed Name of Plaintif. Green; James-A

Address of plaintiff  **9345 E US Highway 290 Apt.13207  Austin, TX 78724**

Phone No. Of plaintiff **317-954-2477**