IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| JAMES GREEN, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | 1:23-CV-1006-DII |
| | § | |
| TMX FINANCE OF TEXAS, INC., | § | |
| | § | |
| Defendant. | § | |

# FINAL JUDGMENT

On this date, the Court issued an order granting Defendant's motion to Motion to Lift Stay, Application to Confirm Final Arbitration Award, and Motion for Entry of Final Judgment, (Dkt. 37).

Accordingly, the arbitrator's award, (Dkt. 37-2), is **CONFIRMED**, incorporated by reference, and shall be the judgment of this Court.

**IT IS ORDERED** that the case is **CLOSED**.

**IT IS ORDERED** that each party bear its own costs.

**SIGNED** on December 9, 2024.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE

1